Case: 08-13449   Doc: 4   Filed: 08/12/08   Page: 1 of 4

**FILED**
**Aug 12 2008**
**10:33 AM**
**US Bankruptcy Court**
**Western District Of Oklahoma**

```
IRS-INSOLVENCY SECTION
P.O. BOX 21126
PHILADELPHIA PA 19114


OKLAHOMA TAX COMMISSION
LEGAL DIVISION - BANKRUPTCY SECTION
120 N. ROBINSON, STE. 2000W
OKLAHOMA CITY OK 73102-7801


BCR COLLECTION
C/O WASHINGTON MUTUAL
PO BOX 660487
DALLAS TX 75266


CAP ONE
ATTN: C/O TSYS DEBT MANAGEMENT
PO BOX 5155
NORCROSS GA 30091


CAPITAL ONE
PO BOX 30281
SALT LAKE CITY UT 84130-0281


CHASE
800 BROOKSEDGE BLVD
WESTERVILLE OH 43081


CHASE - DISNEY
PO BOX 15298
WILMINGTON DE 19850-5298


CITIMORTGAGE
P.O. BOX 688950
DES MOINES IA 50368-8950
```

```
CITIZEN POTAWATOMI COMMUNITY DEVELOPMEN
CORPORATION - EMPLOYEE LOAN PROGRAM
130 E. MACARTHUR, STE. 206
ATTN: JANE KREEGER
SHAWNEE OK 74804



CREDIT FIRST
PO BOX 818011
CLEVELAND OH 44181



CREDIT FIRST N.A. (HIBDON'S)
PO BOX 81344
CLEVELAND OH 44108-0344



CREDITOR'S FINANCIAL GROUP
PO BOX 440290
AURORA CO 80044-0290



CREDITOR'S INTERCHANGE
PO BOX 1335
BUFFALO NY 14240-1335



DISCOVER CARD
12 READS WAY
NEW CASTLE DE 19720-1649



DISCOVER FINANCIAL
ATTENTION:  BANKRUPTCY DEPARTMENT
PO BOX 3025
NEW ALBANY OH 43054



GEMB/WALMART DC
ATTENTION: BANKRUPTCY
PO BOX 103106
ROSWELL GA 30076



GMAC
PO 380902
MINNEAPOLIS MN 55438-0502
```

```
GMAC
PO BOX 130424
SAINT PAUL MN 55113


HOMECOMING FINANCIAL
P.O. BOX 9001719
LOUISVILLE KY 40290-1789


HOMECOMINGS FINANCIAL
1100 VIRGINIA DR.
FORT WASHINGTON PA 19034


LOWES
P.O. BOX 530914
ATLANTA GA 30353-0914


LOWES / MBGA
ATTENTION:  BANKRUPTCY DEPARTMENT
PO BOX 103104
ROSWELL GA 30076


SAM'S CLUB / MBGA
4605 DUKE DR.
MASON OH 45040


SAMS CLUB
ATTENTION:  BANKRUPTCY DEPARTMENT
PO BOX 103104
ROSWELL GA 30076


STEPHEN BRUCE & ASSOC.
P.O. BOX 808
EDMOND OK 73083


UNITED RECOVERY SYSTEMS
P.O. BOX 722929
HOUSTON TX 77272-2929
```

```
UNIVERSAL FIDELITY
P.O. BOX 941911
HOUSTON TX 77094-8911


WAL MART / DISCOVER
PO BOX 981416
EL PASO TX 79998-1416


WASH MUTUAL/PROVIDIAN
PO BOX 10467
GREENVILLE SC 29601


WASHINGTON MUTUAL
P.O. BOX 660487
DALLAS TX 75266-0487
```